# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Shannon Reilly, Deputy Clerk    Date: May 30, 2024

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Mykara Destiny Robertson | 2:22-cr-00205-JFW-12 | 01783-150 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* HUMBERTO DIAZ |
|---|---|
| 5/29/2024 | TELEPHONE NO.: (213) 745-7447 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing during the week of 6/3/2024. The offender was taken into local custody and the issuance of Writ is not required.

Interpreter Needed?  ☐ Yes   ☒ No    Language Type: English

ANTHONY KYLES, 562-733-8020    JENNIFER SOLIZ, 562-980-3410
U. S. PROBATION OFFICER    SUPERVISING PROBATION OFFICER

**FAX NO.** (562) 526-3940

*Routing of Request:* Orig. To Clerk's Office    *Copies to:* U. S. Attorney (Chief, Criminal Division)
Federal Public Defender (Chief Deputy)

---

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable John F. Walter, United States District Judge **on June 3, 2024 at 8:30 a.m. in Courtroom No. 7A.**

CLERK, U. S. DISTRICT COURT

Date May 31, 2024    By Shannon Reilly /s/
Deputy Clerk

*Routing on Notice by Clerk:*    Original - Court File
cc: U. S. Probation & Pretrial Services Office
U. S. Attorney, Attn: Chief, Criminal Division
Defense Attorney
Federal Public Defender, Attn: Chief Deputy
U. S. Marshal (Warrant Cases only)

\#

SUP 216
1/10/07